UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
UNITED STATES OF AMERICA    :    Docket No. 3:14MJ00170(HBF)
:
v.    :
:
TIMOTHY THOMAS    :    November 25, 2014
:
-------------------------------------------------------x

## MOTION FOR HEARING TO MODIFY CONDITIONS OF RELEASE

The defendant, Timothy Thomas, requests that the Court conduct a hearing on a date between December 3, 2014, and December 11, 2014, to address a requested change in the conditions of his release on bond.

Mr. Thomas was presented in federal court for the first time on August 21, 2014, at which time he was ordered detained at the Wyatt Detention Center. On October 20, 2014, he was ordered released on bond on the condition that he reside in an inpatient treatment facility. At that time, the parties contemplated that when Mr. Thomas completed his stay at the inpatient facility he would return to Court for reconsideration of the conditions of his release.

Mr. Thomas has been doing very well at the facility, and his caseworker has recommended that he move to another level of services. A new supportive housing program has been identified that has accepted Mr. Thomas, and he can be transferred in early December.

Accordingly, the defendant requests that the Court schedule a hearing within the identified time frame to consider Mr. Thomas's continued release under amended conditions, to include residence in a supportive housing community.

Undersigned counsel has provided a copy of this motion to United States Probation Officer

Meghan Nagy and to counsel for the government, Assistant United States Attorney Jennifer Laraia.

                              Respectfully submitted,

                              The Defendant,
                              Timothy Thomas

                              Office of the Federal Defender

Dated: November 25, 2014                  /s/ Sarah A. L. Merriam
                              Sarah A. L. Merriam
                              Assistant Federal Defender
                              265 Church Street, Suite 702
                              New Haven, CT   06510
                              Bar No. ct25379
                              Phone: 203-498-4200
                              Fax: 203-498-4207
                              Email: sarah_merriam@fd.org

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 25, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Sarah A. L. Merriam
                              Sarah A. L. Merriam